UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTONIAL MARQUETTE MONROE,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

CASE NO. 3:16-cv-05748 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation [Dkt. #16];

(2) For the reasons set forth in the Report and Recommendation, Defendants Washington State Department of Corrections and Department of Health's Motion to Dismiss [Dkt. #13] is GRANTED.  Plaintiff's claims against Defendants DOC and DOH are dismissed with prejudice.   Plaintiff's claim against Defendant Belcher remains.

**DATED** this 6th day of January, 2017.

                Ronald B. Leighton
                United States District Judge

ORDER - 1