UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ANTONIAL MARQUETTE MONROE, | CASE NO. 3:16-CV-05748 RBL |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| BRYAN BELCHER, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation [Dkt. #24].

(2) Defendant's Motion for Summary Judgment [Dkt. #19] is GRANTED and plaintiff's claims are dismissed with prejudice.

**DATED** this 7th day of June, 2017.

Ronald B. Leighton
United States District Judge

ORDER - 1